UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHI AVIATION, LLC<br><br>   Plaintiff,<br><br>-vs-<br><br>NEW YORK HELICOPTER CHARTER INC.,<br><br>   Defendant. | CIVIL ACTION NO. 24-cv-00617-alc<br><br>JUDGE<br><br>MAG. |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, New York Helicopter Charter Inc. which respectfully submits the following corporate disclosure statement pursuant to and in accordance with Federal Rules of Civil Procedure 7.1

New York Helicopter Charter Inc. is a New York corporation, which is wholly-owned by Michael Roth, a New York resident.

Dated: April 21, 2025

            LENTZ & GENGARO LLP
            Attorneys for Defendant

            By: /s/ *Laurence Sass*
              Laurence J. Sass, Of Counsel on
              this matter.

            347 Mt. Pleasant Avenue, Suite 203
            West Orange, New Jersey 07052
            (973) 669-8900
            larry.sass@sasslawoffice.com
            cpg@lentzgengaro.com