**MEMO ENDORSED.**

# LENTZ & GENGARO LLP

COUNSELLORS AT LAW

347 MT. PLEASANT AVENUE, SUITE 203
WEST ORANGE, NEW JERSEY 07052
(973) 669-8900
FAX: (973) 669-8960
www.lentzgengaro.com

CHRISTOPHER P. GENGARO
cpg@lentzgengaro.com
Member of NJ, NY and D.C. Bars

July 8, 2025

Application **GRANTED.** The conference currently scheduled for July 29 is **ADJOURNED** to September 9, 2025, at 10:00 a.m.

**SO ORDERED.**

_/s/ Ona T. Wang_

Ona T. Wang            July 8, 2025
U.S.M.J.

**By Electronic Filing**

The Honorable Judge Ona T. Wang, U.S.M.J.
United States District Court
500 Pearl Street
New York, New York 10007

Re:   PHI Aviation, LLC vs. New York Helicopter Charter Inc.
      Case Number: 1:25-cv-00617-ALC-OTW

Dear Judge Wang:

This office represents Defendant New York Helicopter Charter Inc. ("NYHC") in the above-referenced matter. NYHC submits this letter motion for an adjournment of the Initial Pretrial Conference scheduled on Tuesday, July 29, 2025 at 10:00 a.m. [Docket #18]. There have been not previous requests for an adjournment of this conference. My adversary consents to this request.

I am going to be away the week of the conference. I am happy to appear by telephone or videoconference if the Court will allow it. Alternatively, I respectfully request, with the consent of my adversary, an adjournment of the conference. I have an inconsistent vacation schedule in August (meaning I am taking numerous days off that are not always consecutive). Therefore, if the conference is to be adjourned, I would appreciate it being scheduled in early September.

I appreciate Your Honor's consideration of this request.

Respectfully yours,

/s/ *Christopher P. Gengaro*

Christopher P. Gengaro

CPG:es
cc:   Leopoldo J. Yanez, Esq. (by Electronic Filing)
      Kent Lambert, Esq. (By Electronic Filing)
      Laurence J. Sass, Esq. (By Electronic Filing)