**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

PHI AVIATION, LLC,                   :

                                 :

             Plaintiff,        :               25-CV-0617 (ALC) (OTW)

                                 :

            -against-       :             **ORDER**

                                 :

NEW YORK HELICOPTER CHARTER INC.,   :

                                 :

            Defendant.      :

                                 :

                                 :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 23.

The Initial Case Management Conference previously scheduled for September 9, 2025, is

**ADJOURNED SINE DIE.**

The Parties are directed to complete the Report of Rule 26(f) Meeting and Proposed

Case Management Plan, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, and file it

via ECF by **AUGUST 28, 2025**.

Parties are further directed to meet and confer then submit proposed dates for an in

person Initial Case Management Conference in September or October no later than **AUGUST**

**28, 2025**.

        **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: August 11, 2025                     **Ona T. Wang**
      New York, New York          United States Magistrate Judge