**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PHI AVIATION, LLC,

        Plaintiff,

        -against-

NEW YORK HELICOPTER CHARTER INC.,

        Defendant.

------------------------------------------------------------x

25-CV-0617 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call** on **October 29, 2025, at 3:30 p.m.** The parties are directed to call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: September 25, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge