**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

PHI AVIATION, LLC,                            :

                    Plaintiff,          :                 25-CV-0617 (ALC) (OTW)

          -against-          :                 **ORDER**

NEW YORK HELICOPTER CHARTER INC.,    :

          Defendant.       :

                                :

-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 37. If Plaintiff intends to file a motion to strike Defendant's answer and counterclaims, as a prelude to seeking a default judgment, the following briefing schedule shall apply:

- Plaintiff's motion is due **November 26, 2025**;

- Defendant's opposition, if any, is due **December 10, 2025**; and

- Plaintiff is directed to review Judge Carter's Individual Rules and Practices and adhere to them when seeking default judgment.

Plaintiff is directed to serve a copy of this Order on Defendant at their last known address and file proof of such service on the docket by **November 21, 2025.**

       **SO ORDERED.**

                                          */s/ Ona T. Wang*

Dated: November 14, 2025                        **Ona T. Wang**
      New York, New York                 United States Magistrate Judge