**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PHI AVIATION, LLC,

Plaintiff,

-against-

NEW YORK HELICOPTER CHARTER INC.,

Defendant.

-----------------------------------------------------------------X

25 **CIVIL** 617 (ALC)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2026, Plaintiff PHI Aviation, LLC filed a motion to strike Defendant's answer, affirmative defenses, and counterclaim on November 26, 2025. ECF No. 40. On January 16, 2026, Judge Wang issued a report and recommendation ("R&R"), recommending that Plaintiff's motion to strike Defendant's answer and dismiss Defendant's counterclaims be GRANTED and that Default Judgment be entered against Defendant. Judge Wang gave the Parties until January 30, 2026 to object. Defendant's counsel withdrew on October 27, 2025, after representing that his client intended to abandon its defenses and counterclaims, no attorney has subsequently appeared for Defendant, and Defendant has made no response to Plaintiff's motion to strike. The Parties did not object. Because the Court finds no clear error in the record, the Court rests on Judge Wang's R&R and has adopted it in its entirety.

**Dated:** New York, New York
August 20, 2026

**TAMMI M. HELLWIG**

_______________________________
**Clerk of Court**

**BY:** K. Mango
_______________________________
**Deputy Clerk**